IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DESIREE MURILLO,                        )
                                        )
            Plaintiff,                  )   2:09-cv-03117-GEB-GGH
                                        )
      v.                                )   ORDER DENYING DEFENDANTS'
                                        )   MOTION TO DISMISS AS MOOT*
CITY OF WOODLAND, RYAN PIERCY,          )
CASEY SULLIVAN, and DOES 1 to 40,       )
Inclusive,                              )
                                        )
            Defendants.                 )
_____)
```

On December 30, 2009, Defendants filed a motion under Federal Rule of Civil Procedure 12(b)(6) seeking to dismiss certain claims in Plaintiff's complaint. However, on February 11, 2010, the parties filed a joint stipulation in which they stipulate to allowing Plaintiff to file a first amended complaint. Plaintiff then filed a first amended complaint on February 16, 2010, which is now the operative pleading. See Hal Roach Studios, Inc., v. Richard Feiner and Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supercedes the prior complaint). Since the pending

---

* This matter is deemed to be suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

dismissal motion does not address the operative pleading, it is denied as moot.

Dated: February 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge