UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MURILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF WOODLAND, RYAN PIERCY,<br>CASEY SULLIVAN, and DOES 1 to 40,<br>inclusive, | 02:09-cv-03117-GEB-KJN<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

        Plaintiff indicates in the parties' Status Report filed February 23, 2010 that Defendant Ryan Piercy ("Piercy") could be served soon, and the Doe Defendants could be identified by March 15, 2010. Therefore, the Status (Pretrial Scheduling) Conference set for March 15, 2010, is continued to April 26, 2010 at 9:00 a.m. A further joint status report shall be filed no later than (14 days prior).

        Moreover, Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure **since Piercy has not served with process within the 120 day period prescribed in that Rule since the filing of the original complaint on November 9, 2009, Piercy could be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve within this prescribed period in a filing due no later than 4:00 p.m. on March 19, 2010.**

        IT IS SO ORDERED.

Dated: March 10, 2010

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge