**Law Offices of**
**BOSTWICK & JANOFF**
**A Professional Corporation**
**111 W. St. John Street, Suite 1040**
**San Jose, California 95113**
**Tel: (408) 286-2300**
**Fax: (408) 286-2303**

**JEFFREY D. JANOFF          SBN 107066**
Attorneys for Plaintiff, DESIREE MURILLO

# UNITED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MURILLO, | Case No.: 2:09-CV-03117 KJN |
| Plaintiff, | **~~PROPOSED~~ ORDER** |
| vs. | |
| CITY OF WOODLAND, RYAN PIERCY, CASEY SULLIVAN, and DOES 1 to 40, Inclusive, | |
| Defendants. | |

    IT IS HERBY ORDERED THAT counsel for plaintiff be permitted to appear by telephone at the Status Conference set for July 29, 2010, at 10:00 a.m. Plaintiff's counsel can be reached at 408-286-2300 at the time of the Status Conference.

DATED: July 19, 2010

                                            /s/ Kendall J. Newman
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

*BOSTWICK & JANOFF, INC.*
*A Professional Corporation*
*111 West Saint John Street, #1040*
*San Jose, California 95113*
*Tel. No.: (408) 286-2300*
*Fax No.: (408) 286-2303*

Case No. 2:09-CV03117-GEB-KJN
PROPOSED ORDER

1