**LONGYEAR, O'DEA & LAVRA, LLP**
**JOHN A. LAVRA, CSB NO. 114533**
**JERI PAPPONE, CSB NO. 210104**
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendant, RYAN PIERCY

**CAROLEE G. KILDUFF, CSB NO. 107232**
**AMIE COLLINS MCTAVISH, CSB NO. 242372**
**ANGELO, KILDAY & KILDUFF**
601 University Avenue Suite 150
Sacramento , CA 95825
Phone:  916- 564-6100; Fax 916-564-6263

Attorney for Defendant CITY OF WOODLAND

**JEFFREY DAVIS JANOFF, CSB NO.: 107066**
**BOSTWICK & JANOFF**
111 West Saint John Street Suite 1040
San Jose , CA 95113
Phone: 408-286-2300; Fax: 408-286-2303

Attorney for Plaintiff, DESIREE MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MURILLO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF WOODLAND, RYAN PIERCY, CASEY SULLIVAN, and DOES 1 to 40, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:09-CV-03117-GEB-KJN<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND TIME TO DISCLOSE EXPERTS [PROPOSED] ORDER** |

ALL PARTIES, by and through their respective counsel, hereby stipulate to a modification of the current Status (Pretrial Scheduling) Order, to extend the deadline for Expert Disclosures and Rebuttal Expert Disclosures by sixty (60) days.

Good cause exists for the modification in that the depositions of the parties were recently completed, and counsel are awaiting deposition transcripts that will be reviewed by expert

{Stip to Extend Expert Disclosure_1; 00044831}

witnesses; and, Plaintiff Murillo appeared for an Independent Medical Examination on October 26, 2010, however, the examination was not completed due to the alleged physical and mental condition of Murillo.  The examination needs to be completed in order to prepare the expert report.

THEREFORE, the Parties agree and stipulate as follows:

1. Initial Expert Witness Disclosure be extended to January 11, 2011;
2. Rebuttal Expert Witness Disclosure be extended to February 14, 2011.

**IT IS SO STIPULATED**

DATED:  11/12/2010          LONGYEAR, O'DEA & LAVRA, LLP

By:  */s/ John A. Lavra*
JOHN A. LAVRA, CSB NO. 114533
JERI PAPPONE, CSB NO. 210104
Attorneys for Respondent/Defendant
COUNTY OF SACRAMENTO

DATED:  11/12/2010          ANGELO, KILDAY & KILDUFF

By: */s/ Carolee G. Kilduff*
CAROLEE G. KILDUFF, CSB NO. 107232
AMIE COLLINS MCTAVISH, CSB NO. 42372
Attorneys for Defendant CITY OF WOODLAND

DATED:  11/12/2010          BOSTWICK & JANOFF

By:  */s/ Jeffrey D. Janoff*
JEFFREY DAVIS JANOFF, CSB NO.: 107066
111 West Saint John Street Suite 1040
Attorney for Plaintiff, DESIREE MURILLO

**IT IS SO ORDERED**

**DATED:  November 15, 2010**          /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

{Stip to Extend Expert Disclosure_1; 00044831}