1  **LONGYEAR, O'DEA & LAVRA, LLP**
   **JOHN A. LAVRA, CSB NO. 114533**
2  **JERI PAPPONE, CSB NO. 210104**
   3620 American River Drive, Suite 230
3  Sacramento, California 95864-5923
   Tel: 916-974-8500 Fax: 916 974-8510
4
   Attorneys for Defendant, RYAN PIERCY
5
6  **CAROLEE G. KILDUFF, CSB NO. 107232**
   **AMIE COLLINS MCTAVISH, CSB NO. 242372**
7  **ANGELO, KILDAY & KILDUFF**
   601 University Avenue Suite 150
8  Sacramento , CA 95825
   Phone:  916- 564-6100; Fax 916-564-6263
9
   Attorney for Defendant CITY OF WOODLAND
10
11 **JEFFREY DAVIS JANOFF, CSB NO.: 107066**
   **BOSTWICK & JANOFF**
12 111 West Saint John Street Suite 1040
   San Jose , CA 95113
13 Phone: 408-286-2300; Fax: 408-286-2303

   Attorney for Plaintiff, DESIREE MURILLO

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16 | DESIREE MURILLO, | Case No. 2:09-CV-03117-GEB-KJN |
17 | Plaintiff, | **STIPULATION TO MODIFY** |
18 | v. | **SCHEDULING ORDER TO EXTEND** |
   | | **TIME TO DISCLOSE EXPERTS** |
19 | CITY OF WOODLAND, RYAN PIERCY, | **[~~PROPOSED~~] ORDER** |
20 | CASEY SULLIVAN, and DOES 1 to 40, inclusive, | |
21 | Defendants. | |

22      ALL PARTIES, by and through their respective counsel, hereby stipulate to a

23 modification of the current Status (Pretrial Scheduling) Order, with the Court's permission, to

24 extend the deadline for Expert Disclosures by 20 days from January 11, 2011 to January 31,

25 2011.

26

27
                                              {Stip to Extend Expert Disclosure_1; 00044831}
28
Longyear, O'Dea
& Lavra, LLP

Good cause exists for the modification in that Plaintiff Desiree Murillo appeared for an Independent Medical Examination by Dr. Charles Schaffer on October 26, 2010, however, the examination was not completed due to the alleged physical and mental condition of Ms. Murillo as being too fatigued to complete the written testing.  The completion of the examination testing has been arranged for January 7, 2011, which is the first date Ms. Murillo is able to travel to Sacramento that Dr. Schaffer is also available. Test results will not be available for 10 days to two weeks after the test is completed, and Dr. Schaffer needs additional time to obtain and review the results before completing his report. The parties previously stipulated and the Court agreed to extend the time for disclosure of experts to January 11, 2011, and rebuttal experts to February 14, 2011.  The parties agree that the deadline for rebuttal experts can remain the same.

THEREFORE, the Parties agree and stipulate as follows:

1.     Initial Expert Witness Disclosure be extended to January 31, 2011;

2.     Rebuttal Expert Witness Disclosure will remain on February 14, 2011.

**IT IS SO STIPULATED**

DATED:  01/ 07 /2011                    LONGYEAR, O'DEA & LAVRA, LLP


By: _____*/s/ John Lavra*_____
　　　　　JOHN A. LAVRA, CSB NO. 114533
　　　　　JERI PAPPONE, CSB NO. 210104
　　　　　Attorneys for Respondent/Defendant
　　　　　COUNTY OF SACRAMENTO


DATED:  01/ 07/2011                     ANGELO, KILDAY & KILDUFF


By:_____*/s/ Carolee Kilduff*_____
　　　　　CAROLEE G. KILDUFF, CSB NO. 107232
　　　　　AMIE COLLINS MCTAVISH, CSB NO. 42372
　　　　　Attorneys for Defendant CITY OF WOODLAND

{Stip to Extend Expert Disclosure_1; 00044831}

Longyear, O'Dea
& Lavra, LLP

1

2 DATED:  01/ 07 /2011                    BOSTWICK & JANOFF

3                                                         */s/ Jeffrey Janoff*
                                    By:   _____
4                                         JEFFREY DAVIS JANOFF, CSB NO.: 107066
                                          111 West Saint John Street Suite 1040
5                                         Attorney for Plaintiff, DESIREE MURILLO

6                                    **ORDER**

7              Pursuant to the stipulation and proposed order filed by the parties, and for good

8 cause appearing, IT IS HEREBY ORDERED THAT:

9              1.      Initial expert disclosures shall be made on or before January 31, 2011.

10             2.      Rebuttal expert disclosures shall be made on or before February 14, 2011.

11             3.      The remainder of the court's Status (Pretrial Scheduling) Order shall

12 remain in effect.

13             **IT IS SO ORDERED**

14

15 DATED:  January 10, 2011

16                                    /s/ Kendall J. Newman
                                      KENDALL J. NEWMAN
17                                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27
    {Stip to Extend Expert Disclosure_1; 00044831}
28
                              **STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND TIME**
Longyear, O'Dea                    **TO DISCLOSE EXPERTS [PROPOSED] ORDER**
& Lavra, LLP                                      **Page 2**