IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESIREE MURILLO,

      Plaintiff,   No. 2:09-cv-03117 KJN

      v.

CITY OF WOODLAND; RYAN PIERCY; CASEY SULLIVAN; and DOES 1 to 40, Inclusive,

      Defendants.   ORDER
_____/

On April 7, 2011, defendant City of Woodland ("City") filed a motion for summary adjudication pursuant to Federal Rule of Civil Procedure 56, seeking judgment as a matter of law with respect to plaintiff's claim against the City brought under 42 U.S.C. § 1983. (Mot. for Summ. Adjudication, Dkt. No. 52; see also First Am. Compl. ¶¶ 18-22, Dkt. No. 19.) Defendant Ryan Piercy joined in the City's motion.[1] (Joinder in Mot. for Summ. Adjudication, Dkt. No. 62.) Plaintiff filed an untimely written opposition to the City's motion. (Pl.'s Opp'n to

---

[1] Piercy filed a notice of joinder in the City's motion for summary adjudication, and the City seeks judgment as to plaintiff's second claim for relief. However, the second claim for relief is alleged *only* against the City. To the extent that Piercy intended to move for summary adjudication as to the Section 1983 claim asserted against him, i.e., plaintiff's *first* claim for relief (see First Am. Compl. ¶¶ 7-17), Piercy's notice of joinder evidences no such intent.

1

Mot. for Summ. Adjudication, Dkt. No. 64.)  In their respective moving and opposition papers, the City and plaintiff refer to portions of several deposition transcripts; these parties also submitted excerpts of the transcripts.[2]  However, the parties have not submitted courtesy copies of the deposition transcripts in compliance with this court's Local Rule 133(j), which provides:

> **(j) Depositions.**  Depositions shall not be filed through CM/ECF.  Before or upon the filing of a document making reference to a deposition, counsel relying on the deposition shall ensure that a courtesy hard copy of the entire deposition so relied upon has been submitted to the Clerk for use in chambers.  Alternatively, counsel relying on a deposition may submit an electronic copy of the deposition in lieu of the courtesy paper copy to the emailbox [*sic*] of the Judge or Magistrate Judge and concurrently email or otherwise transmit the deposition to all other parties.  Neither hard copy nor electronic copy of the entire deposition will become part of the official record of the action absent order of the Court.  Pertinent portions of the deposition intended to become part of the official record shall be submitted as exhibits in support of a motion or otherwise.  See L.R. 250.1(a).

E. Dist. Local Rule 133(j).

Accordingly, IT IS HEREBY ORDERED that *on or before April 28, 2011*, the parties shall submit courtesy copies of deposition transcripts in conformity with Local Rule 133(j).

IT IS SO ORDERED.

DATED:  April 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Notably, the City's excerpts are in some instances so heavily redacted that the court cannot adequately ascertain the context for the testimony upon which plaintiff relies.