IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESIREE MURILLO,

      Plaintiff,                  No. 2:09-cv-03117 KJN

      v.

CITY OF WOODLAND; RYAN PIERCY; CASEY SULLIVAN; and DOES 1 to 40, Inclusive,

      Defendants.               ORDER
_____/

On July 5, 2011, defendant City of Woodland filed a Notice of Settlement, which indicates that the parties anticipate "that all matters pertaining to the settlement will be finalized on or before July 11, 2011, and that a stipulation for dismissal will be filed no later than July 15, 2011." (Notice of Settlement at 1, Dkt. No. 87.) In light of the representations contained in the Notice of Settlement, IT IS HEREBY ORDERED that:

    1.    The parties shall file dispositive papers on or before July 20, 2011. If the parties are unable to file dispositive papers on or before July 20, 2011, the parties may file a notice providing reasons why such documents could not be filed and a brief update regarding the status of settlement-related matters.

////

2. All previously scheduled dates in this case are vacated.

IT IS SO ORDERED.

DATED: July 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE