IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESIREE MURILLO,

        Plaintiff,

        v.

CITY OF WOODLAND; RYAN PIERCY; CASEY SULLIVAN; and DOES 1 to 40, Inclusive,

        Defendants.

No. 2:09-cv-03117 KJN

ORDER

On July 8, 2011, the parties filed a Stipulation of Dismissal and [Proposed] Order.[1] (Dkt. No. 89.) Although the parties' stipulation of dismissal was effective upon filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[2] for the sake of clarity IT IS HEREBY ORDERED that:

    1.    Pursuant to the parties' stipulation of dismissal, which is signed by all of

---

[1] The parties' stipulation represents that the voluntary dismissal is pursuant to "FRCP 41(a)(I)(ii)." No such sub-section exists within Federal Rule of Civil Procedure 41(a). It appears that the parties intend to dismiss this case by stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

[2] See also Eitel v. McCool, 782 F.2d 1470, 1473 n.4 (9th Cir. 1986); cf. United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145-46 (9th Cir. 2008) (addressing the self-executing nature of dismissals under Rule 41(a)(1)(A)(i)).

the parties, this case is dismissed with prejudice.

    1.     The parties shall bear their own respective costs and attorneys' fees.

    2.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: July 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE